■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK KOLBASOOK, Appellant. [661 NYS2d 558 ] —Judgment unanimously affirmed. Memorandum: The record does not support the contention that County Court imposed a more severe sentence than defendant bargained for when he pleaded guilty. The court honored its promise not to impose the maximum sentence of $8^1/_3$ to 25 years, and no other commitment with respect to sentencing was made. Upon our review of the record, we conclude that "the evidence, the law, and the circumstances of [the] case, viewed in totality and as of the time of the representation," establish that defendant's attorney provided meaningful representation (*People v Baldi,* 54 NY2d 137, 147). The sentence is not unduly harsh or severe. We have examined

defendant's remaining contentions and conclude that they are without merit. (Appeal from Judgment of Cayuga County Court, Corning, J.—Rape, 1st Degree.) Present—Green, J. P., Lawton, Callahan, Doerr and Boehm, JJ.